638

CHIEF JUSTICE and MR. JUSTICE STONE took no part in the consideration or decision of this application. *Mr. Samuel Gottlieb* for petitioners. *Mr. James Piper* for respondent.

No. 681. MOULDING-BROWNELL CORP. *v.* SULLIVAN ET AL. February 7, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Employers Corporation* v. *Bryant,* 299 U. S. 374. *Mr. James J. Magner* for petitioner. *Mr. Harold R. Schradzke* for respondents.

No. 657. SECURITY-FIRST NATIONAL BANK, TRUSTEE, *v.* WELCH, FORMER COLLECTOR OF INTERNAL REVENUE. February 7, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Dana Latham* and *George Bouchard* for petitioner. *Solicitor General Reed, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Harry Marselli* for respondent.

No. 666. ABBOTT, ADMINISTRATRIX, *v.* MORGENTHAU, SECRETARY OF THE TREASURY, ET AL. February 7, 1938. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. F. Eberhart Haynes* and *Thomas E. Rhodes* for petitioner. *Acting Solicitor General Bell, Assistant Attorney General Whitaker,* and *Mr. Henry A. Julicher* for respondents.

No. 677. DIP *v.* UNITED STATES. February 7, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Raymond T.*